**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**Eastern District of Texas**

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | Western Concrete Pumping, Inc. | |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**

95-4076060

**4. Debtor's address**

Principal place of business

6275 W. Plano Parkway, Suite 500
Number     Street

Plano          TX    75093
City          State    ZIP Code

Collin County
County

Mailing address, if different from principal place of business

Number     Street

P.O. Box

City          State    ZIP Code

Location of principal assets, if different from principal place of business

4687 Parker Dr.
Number     Street

Ste. B

Beaumont      TX    77705
City          State    ZIP Code

**5. Debtor's website (URL)**

https://westernconcretepumping.us/

**6. Type of debtor**

- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

Debtor    Western Concrete Pumping, Inc.    Case number *(if known)* _____
_____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

8110

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____ When _____ / _____ / _____   Case number _____
MM / DD / YYYY

District _____ When _____ / _____ / _____   Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

District _____

When _____ / _____ / _____
MM / DD / YYYY

Case number, if known _____

| Debtor | Western Concrete Pumping, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number          Street

_____

_____
City                                      State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☑ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Western Concrete Pumping, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___02/01/2024___
MM / DD / YYYY

✖ __/s/Brett Reid__                    Brett Reid
Signature of authorized representative of debtor      Printed name

Title __CFO__

**18. Signature of attorney**

✖ __/s/Mark A. Castillo__           Date __02/01/2024__
Signature of attorney for debtor              MM / DD / YYYY

Mark Castillo
Printed name

Carrington, Coleman, Sloman, & Blumenthal, L.L.P.
Firm name

901 Main St. Ste. 5500
Number        Street

Dallas                          TX        75202
City                            State     ZIP Code

214.855.3000                    markcastillo@ccsb.com
Contact phone                   Email address

24027795                        TX
Bar number                      State

**Fill in this information to identify the case:**

Debtor name ___Western Concrete Pumping, Inc.___

United States Bankruptcy Court for the: ___Eastern District of Texas___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Brandon Crowell c/o Hashemi Law Group 401 Wilshire Blvd., 12th Floor Santa Monica, CA, 90401 | | | Disputed Unliquidated Contingent | | | 50,000,000.00 |
| 2 | Michael Andrew Medina-Jimenez c/o The Reeves Law Group 1055 W. 7th St. #3333 Los Angeles, CA, 90017 | | | Disputed Unliquidated Contingent | | | 25,000,000.00 |
| 3 | Angela Medina c/o The Reeves Law Group 1055 W. 7th St., #3333 Los Angeles, CA, 90017 | | | Disputed Unliquidated Contingent | | | 7,000,000.00 |
| 4 | Colleen V. Wallen c/o Stream Kim Hicks Wrage & Alfaro 3403 Tenth St., Ste. 700 Riverside, CA, 92501 | | | Disputed Unliquidated Contingent | | | 6,000,000.00 |
| 5 | Gloria Lenard c/o Robinson Calcagnie Inc. 19 Corporate Plaza Dr. Newport Beach, CA, 92660 | | | Disputed Unliquidated Contingent | | | 5,900,000.00 |
| 6 | Heliodoro Garcia c/o The Dominguez Firm 3250 Wilshire Blvd., Ste. 2200 Los Angeles, CA, 90010 | | | Disputed Unliquidated Contingent | | | 1,250,000.00 |
| 7 | BRODERICK DIXON PO BOX 255 10770 HWY 77 Maringouin, LA, 70757 | | | Unliquidated | | | 135,000.00 |
| 8 | Putzmeister America, Inc. 1733 90th Street Sturtevant, WI, 53177 | | | Unliquidated | | | 50,000.00 |

Debtor __Western Concrete Pumping, Inc._____    Case number (*if known*)_____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  Construction Forms Inc. 777 Maritime Dr. Port Washington, WI, 53074 | | | Unliquidated | | | 50,000.00 |
| 10  Vanguard Truck Center PO Box 2208 Decatur, AL, 35609 | | | Unliquidated | | | 50,000.00 |
| 11  Schwing America P.O. Box 8473 Carol Stream, IL, 60197 | | | Unliquidated | | | 50,000.00 |
| 12  INTERNATIONAL PRACTICE GROUP 1350 COLUMBIA ST. SUITE 500 SAN DIEGO, CA, 92101 | | Services | | | | 49,500.00 |
| 13  Beba Anic-Gothard and Nicholas Gothard 5425 Northmoor Dr. Dallas, TX, 75229 | | | Disputed Unliquidated Contingent | | | 37,500.00 |
| 14  SUN COAST RESOURCES, INC. PO BOX 202603 Dallas, TX, 75373 | | | Unliquidated | | | 25,000.00 |
| 15  Pacific Shore Platinum Property Management 1442 Camino Del Mar, #209 Del Mar, CA, 92014 | | | Disputed Unliquidated Contingent | | | 23,000.00 |
| 16  GSD LLC 566 E. Alvarado St. Fallbrook, CA, 92028 | | | Disputed Unliquidated Contingent | | | 9,273.00 |
| 17  American Safety, LLC 9623 Highway 23 Belle Chasse, LA, 70037 | | | Disputed Unliquidated Contingent | | | 8,000.00 |
| 18  GSSW 9th Avenue Station LLC 7225 9th Avenue Port Arthur, TX, 77642 | | | Disputed Unliquidated Contingent | | | 4,249.00 |
| 19  Mid County Plaza, LLC PO Box 22217 Beaumont, TX, 77720 | | | Disputed Unliquidated Contingent | | | 4,000.00 |
| 20  Carpenter Investment, LLC 8343 Hooper Rd. Baton Rouge, LA, 70811 | | | Disputed Unliquidated Contingent | | | 4,000.00 |

**Fill in this information to identify the case and this filing:**

Debtor Name _Western Concrete Pumping, Inc._

United States Bankruptcy Court for the: _Eastern District of Texas_

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _2/1/2024_          ✖ */s/Brett Reid*
          MM / DD / YYYY               Signature of individual signing on behalf of debtor

                              Brett Reid
                              Printed name
                              Chief Financial Officer
                              Position or relationship to debtor

**UNANIMOUS WRITTEN CONSENT IN LIEU OF SPECIAL MEETING**
**OF THE BOARD OF DIRECTORS**
**OF WESTERN CONCRETE PUMPING, INC.**

**Effective Date:  January 31, 2024**

The undersigned, being all of the members of the board of directors (each, a "***Director***", and collectively, the "***Board of Directors***") of **WESTERN CONCRETE PUMPING, INC.,** Texas corporation (the "***Company***"), hereby waive notice of time, place, and purpose of a special meeting of the Board of Directors and hereby declare that when the undersigned have signed this Unanimous Written Consent (this "***Consent***"), the following resolutions shall then be consented to, approved, and adopted to the same extent and with the same force and effect as if adopted at a special meeting of the Board of Directors duly called and held for the purpose of acting upon a proposal to adopt such resolutions.

**WHEREAS**, the Board of Directors has reviewed the financial condition and circumstances of the Company and, after careful consideration and thorough consultation, has determined, in their best business judgment, it is in the best interest of the Company and its respective creditors and other interested parties to file a voluntary petition (the "***Voluntary Petition***") for relief under Subchapter V, Chapter 11 of Title 11 of the United States Code (the "***Bankruptcy Code***");

**NOW THEREFORE, BE IT RESOLVED**, that the Company be, and hereby is, authorized, empowered, and directed to (i) file the Voluntary Petition for Bankruptcy (the "***Bankruptcy***") pursuant to the Bankruptcy Code with the United States Bankruptcy Court for the Eastern District of Texas, or with any other appropriate bankruptcy court with jurisdiction (the "***Bankruptcy Court***") and (ii) perform any and all such acts as each Authorized Officer (as defined below) determines to be necessary, required, advisable, or appropriate to effectuate the Bankruptcy (the "***Related Actions***");

**RESOLVED, FURTHER**, that Brett Reid, in his capacity as Chief Financial Officer of the Company, and Chuck Reed, in his capacity as Chief Executive Officer of the Company,  (each, an "***Authorized Officer***"), each with the authority to act without the other, is hereby authorized, empowered, and directed, for and in the name and on behalf of the Company, to (i) execute, file and deliver the Voluntary Petition and (ii) perform any and all of the Related Actions as such Authorized Officer deems necessary;

**RESOLVED, FURTHER**, that each Authorized Officer is hereby authorized, empowered, and directed, for and in the name and on behalf of the Company, to take such further action and to execute, deliver, and file (i) such other documents, agreements, instruments, certificates, consents, instructions, and/or other assurances as may be necessary, required, advisable, or appropriate to consummate the Bankruptcy and as may be contemplated by the Voluntary Petition, and (ii) any supplements, modifications, or amendments to the Voluntary Petition as may, in the judgment of the Authorized Officer so acting, be deemed necessary, required, advisable, or appropriate in connection with the Bankruptcy in each case, such Authorized Officer's execution and delivery thereof to be conclusive evidence of such approval;

**RESOLVED, FURTHER**, that, in addition to, and without limiting in any manner, the authority granted by the Board of Directors hereunder, each Authorized Officer is hereby authorized, empowered, and directed, for and in the name and on behalf of the Company, and with the authority to act without any other Director or officer of the Company, to: (i) take, or cause to be taken, all such further action; (ii) do and perform, or cause to be done and performed, all such acts and things; (iii) execute and deliver, or cause to be executed and delivered, all such further documents, papers, agreements, instruments, certificates, consents, instructions, and/or other assurances of any type or description; and (iv) pay, or cause to be paid, any and all fees, charges, and costs of any type or description, all of which as may be necessary or advisable to effect the purposes and intent of the actions authorized and approved by the Board of Directors hereunder. The necessity, advisability, desirability, and propriety of the foregoing shall be conclusively established and evidenced by the actions taken by the Authorized Officer so acting;

**RESOLVED, FURTHER**, that all actions of any nature whatsoever heretofore taken by the Authorized Officer and by each of the Directors, officers, agents, attorneys, and other representatives of the Company incidental to, contemplated by, arising out of or in connection with or otherwise relating to the actions authorized and approved by the Board of Directors hereunder are each hereby authorized, approved, ratified, confirmed, and adopted in all respects; and

**RESOLVED, FURTHER**, that this Consent may be executed in one or more counterparts (including by facsimile, email, PDF, or other electronic transmission), each of which will be deemed an original but all of which together will constitute one and the same instrument.

**[SIGNATURE PAGE FOLLOWS]**

**IN WITNESS WHEREOF**, the undersigned Directors of the Company have executed this Consent to be effective as of the Effective Date.

<u>Directors</u>:

_____
Brett Reid, CFO

_____
Charles Reed, CEO

_____

_____

_____

_____

_____

**United States Bankruptcy Court**

**IN RE:**                                                    Case No._____

Western Concrete Pumping, Inc.
_____   Chapter _____
                                                          11

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| Charles Reed 7307 Morton Street, Dallas, TX 75209 | 75.5 | Common stockholder |
| Brett Reid 1800 Wickwood Court, Argyle, TX 76226 | 24.5 | Common stockholder |

**Western Concrete Pumping, Inc.**

**BALANCE SHEET**

| | FY 2023 | FY 2022 |
|---|---|---|
| **ASSETS** | | |
| **Current Assets** | | |
| Cash | $          10 | $       1,295 |
| Accounts receivable | 12,652 | 10,285 |
| Inventories | 3,864 | 3,384 |
| Prepaid expenses | 1,211 | 1,206 |
| Due from related party | - | 205 |
| Total current assets | 17,738 | 16,375 |
| **Fixed assets, net** | 1,655 | 1,438 |
| **Other assets** | - | 129 |
| **Operating lease right-of-use assets, net** | - | 258 |
| **Due from related party** | 1,112 | 1,028 |
| Total assets | $     20,505 | $     19,228 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| Current Liabilities | | |
| Accounts payable and accured expenses | 2,672 | 2,410 |
| Line of credit - bank | 444 | - |
| Operating leases liability, current portion | - | 214 |
| Total current liabilities | 3,116 | 2,624 |
| **Long-term liabilities** | | |
| Notes payable - shareholders | 1,966 | 1,966 |
| Notes payable - equipment | 140 | - |
| Operating leases liability, net of current portion | - | 50 |
| Total long term liabilities | 2,107 | 2,016 |
| Total liablities | 5,222 | 4,640 |
| **Stockholders' equity** | | |
| Common stock, $1 par value, authorized 19,000 shares, 13,922 shares issued and outstanding | 14 | 14 |
| Retained earnings | 15,269 | 14,574 |
| Total stockholders' equity | 15,282 | 14,588 |
| Total liabilities and stockholders' equity | 20,505 | 19,228 |

**Western Concrete Pumping, Inc.**

**STATEMENT OF INCOME**

|  | FY 2023 | FY 2022 |
|---|---|---|
| **Sales** | $    69,000 | $    66,842 |
| **Direct Costs** | $    55,032 | $    51,133 |
| Gross profit | $    13,968 | $    15,709 |
| **Operating Expenses** |  |  |
| General and administrative | $    8,812 | $    7,818 |
| Selling and advertising | $    4,087 | $    3,790 |
| Total operating expenses | $    12,899 | $    11,608 |
| Operating income | $    1,070 | $    4,101 |
| **Other Income and (Expenses)** |  |  |
| Interest expense | $    (248) | $    (245) |
| Total other income and (expenses) | $    (248) | $    (245) |
| Income before tax provision | $    822 | $    3,857 |
| State income tax | $    23 | $    85 |
| Net Income | $    799 | $    3,772 |

**Western Concrete Pumping, Inc.**

**STATEMENT OF CASH FLOWS**

| | FY 2023 | FY 2022 |
|---|---|---|
| **Cash Flows From Operating Activities:** | | |
| Net Income | $ 799 | $ 3,772 |
| | | |
| Adjustments to reconcile net income toe net cash provided by opearting activities: | | |
| Depreciation | 593 | 498 |
| Depreciation of operating leases | 264 | 255 |
| Accretion of operating leases | 5 | 5 |
| Decrease (increase) in operating assets: | | |
| Accounts Receivable | (2,367) | (215) |
| Inventory | (480) | (587) |
| Prepaid expenses | 29 | (400) |
| Due from related party | 205 | (175) |
| Other assets | (74) | 341 |
| Increase (decrease) in operating liabilities: | | |
| Accounts payable and accrued expenses | 84 | 96 |
| Operating lease liability | - | (254) |
| Net cash provided by operating activities | (943) | 3,336 |
| | | |
| **Cash From Investing Activities** | | |
| Purchases of fixed assets | (815) | (544) |
| Cash used in investing activities | (815) | (544) |
| | | |
| **Cash Flows From Financing Activities** | | |
| Proceeds from line of credit | 444 | (642) |
| Distributions to stockholder | (110) | (50) |
| Repayment of debt | 139 | (150) |
| Cash used in financing activities | 473 | (842) |
| | | |
| Net Increase in Cash | (1,285) | 1,950 |
| | | |
| **Cash** | | |
| Beginning of year | 1,295 | (655) |
| End of year | $ 10 | $ 1,295 |
| | | |
| **SUPPLEMENTAL DISCLOSURES OF CASH FLOW INFORMATION** | | |
| Cash payments for: | | |
| Interest | $ 248 | $ 245 |
| Income taxes | $ 23 | $ 66 |
| | | |
| **SUPPLEMENTAL DISCLOSURES OF NON-CASH INVESTING AND FINANCING ACTIVITIES** | | |
| Borrowing from stockholder to buyout capital lease obligations | $ - | $ 731 |
| Current year additions of operating right-of-use assets | $ (258) | $ 513 |
| Current year additions of operating lease liabilities | $ - | $ (513) |

Form **1120-S**

Department of the Treasury
Internal Revenue Service

**U.S. Income Tax Return for an S Corporation**

Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
Go to www.irs.gov/Form1120S for instructions and the latest information.

OMB No. 1545-0123

**2022**

For calendar year 2022 or tax year beginning _____, ending _____

| | | |
|---|---|---|
| **A** S election effective date 01/01/2002 | Name WESTERN CONCRETE PUMPING, INC. | **D** Employer identification number 95-4076060 |
| **B** Business activity code number (see instructions) 238900 | Number, street, and room or suite no. If a P.O. box, see instructions. 2181 LA MIRADA DRIVE | **E** Date incorporated 08/13/1986 |
| **C** Check if Sch. M-3 attached [X] | City or town, state or province, country, and ZIP or foreign postal code VISTA, CA 92081-8830 | **F** Total assets (see instructions) $ 19,227,977. |

TYPE OR PRINT

**G** Is the corporation electing to be an S corporation beginning with this tax year?  [ ] Yes  [X] No

**H** Check if: **(1)** [ ] Final return  **(2)** [ ] Name change  **(3)** [ ] Address change  **(4)** [ ] Amended return  **(5)** [ ] S election termination

**I** Enter the number of shareholders who were shareholders during any part of the tax year ......................... 2

**J** Check if corporation: **(1)** [ ] Aggregated activities for section 465 at-risk purposes  **(2)** [ ] Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

**Income**

| | | | | |
|---|---|---|---|---|
| 1 a | Gross receipts or sales | 66,842,204. | **b** Returns and allowances | **c** Bal. Subtract line 1b from line 1a | 1c | 66,842,204. |
| 2 | Cost of goods sold (attach Form 1125-A) | | | 2 | 50,884,462. |
| 3 | Gross profit. Subtract line 2 from line 1c | | | 3 | 15,957,742. |
| 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | | | 4 | |
| 5 | Other income (loss) (attach statement) | | | 5 | |
| 6 | **Total income (loss).** Add lines 3 through 5 | | | 6 | 15,957,742. |

**Deductions (See instructions for limitations)**

| | | | |
|---|---|---|---|
| 7 | Compensation of officers (see instrs. - attach Form 1125-E) | 7 | 414,400. |
| 8 | Salaries and wages (less employment credits) | 8 | 4,744,224. |
| 9 | Repairs and maintenance | 9 | 3,512. |
| 10 | Bad debts | 10 | |
| 11 | Rents | 11 | 204,000. |
| 12 | Taxes and licenses STATEMENT 1 | 12 | 444,123. |
| 13 | Interest (see instructions) | 13 | 244,536. |
| 14 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 14 | 315,965. |
| 15 | Depletion **(Do not deduct oil and gas depletion.)** | 15 | |
| 16 | Advertising | 16 | 215,556. |
| 17 | Pension, profit-sharing, etc., plans | 17 | |
| 18 | Employee benefit programs | 18 | 81,535. |
| 19 | Other deductions (attach statement) STATEMENT 2 | 19 | 5,491,416. |
| 20 | **Total deductions.** Add lines 7 through 19 | 20 | 12,159,267. |
| 21 | **Ordinary business income (loss).** Subtract line 20 from line 6 | 21 | 3,798,475. |

**Tax and Payments**

| | | | | |
|---|---|---|---|---|
| 22 a | Excess net passive income or LIFO recapture tax (see instructions) | 22a | | |
| b | Tax from Schedule D (Form 1120-S) | 22b | | |
| c | Add lines 22a and 22b | | 22c | |
| 23 a | 2022 estimated tax payments and 2021 overpayment credited to 2022 | 23a | | |
| b | Tax deposited with Form 7004 | 23b | | |
| c | Credit for federal tax paid on fuels (attach Form 4136) | 23c | | |
| d | Add lines 23a through 23c | | 23d | |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached | [ ] | 24 | |
| 25 | **Amount owed.** If line 23d is smaller than the total of lines 22c and 24, enter amount owed | | 25 | |
| 26 | **Overpayment.** If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | | 26 | |
| 27 | Enter amount from line 26: **Credited to 2023 estimated tax** _____ **Refunded** | | 27 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____ Date _____ Title CFO

May the IRS discuss this return with the preparer shown below? See instr.  [X] Yes  [ ] No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check if self-employed | PTIN |
|---|---|---|---|---|
| THANE F. KELTON, CPA | THANE F. KELTON, CPA | 09/04/23 | [ ] | P00293122 |
| Firm's name DUFFY KRUSPODIN, LLP | | | Firm's EIN 95-4244393 | |
| Firm's address 4225 EXECUTIVE SQUARE, SUITE 900 LA JOLLA, CA 92037-1485 | | | Phone no. (858) 642-5050 | |

LHA  **For Paperwork Reduction Act Notice, see separate instructions.**  211701 12-09-22  Form **1120-S** (2022)

Form 1120-S (2022)    **WESTERN CONCRETE PUMPING, INC.**                    95-4076060    Page **2**

| **Schedule B** | **Other Information** (see instructions) | | Yes | No |
|---|---|---|---|---|

**1** Check accounting method: **a** ☐ Cash  **b** ☒ Accrual  **c** ☐ Other (specify) _____

**2** See the instructions and enter the:

   **a** Business activity __CONSTRUCTION__  **b** Product or service __CONCRETE PUMPING__

**3** At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation ............ **X**

**4** At the end of the tax year, did the corporation:

   **a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below ........ **X**

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if applicable) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

   **b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below ............ **X**

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**5a** At the end of the tax year, did the corporation have any outstanding shares of restricted stock? ....................... **X**

    If "Yes," complete lines (i) and (ii) below.

    (i) Total shares of restricted stock _____

    (ii) Total shares of non-restricted stock _____

   **b** At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? ......... **X**

    If "Yes," complete lines (i) and (ii) below.

    (i) Total shares of stock outstanding at the end of the tax year _____

    (ii) Total shares of stock outstanding if all instruments were executed _____

**6** Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide info. on any reportable transaction? ... **X**

**7** Check this box if the corporation issued publicly offered debt instruments with original issue discount ......................... ☐

    If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments.

**8** If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years ..................... $ _____

**9** Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions ...................................................................... **X**

**10** Does the corporation satisfy one or more of the following? See instructions ....................................... **X**

   **a** The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense.

   **b** The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $27 million and the corporation has business interest expense.

   **c** The corporation is a tax shelter and the corporation has business interest expense.

    If "Yes," complete and attach **Form 8990**, Limitation on Business Interest Expense Under Section 163(j).

**11** Does the corporation satisfy **both** of the following conditions? ...................................................... **X**

   **a** The corporation's total receipts (see instructions) for the tax year were less than $250,000.

   **b** The corporation's total assets at the end of the tax year were less than $250,000.

    If "Yes," the corporation is not required to complete Schedules L and M-1.

211711  12-09-22                                                                Form **1120-S** (2022)

Form 1120-S (2022)   WESTERN CONCRETE PUMPING, INC.   95-4076060   Page **3**

## Schedule B   Other Information   (see instructions) *(continued)*

| | | Yes | No |
|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| | If "Yes," enter the amount of principal reduction ........................ $ | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions | | X |
| 14a | Did the corporation make any payments in 2022 that would require it to file Form(s) 1099? | X | |
| b | If "Yes," did or will the corporation file required Form(s) 1099? | X | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? | | X |
| | If "Yes," enter the amount from Form 8996, line 15 ........................ $ | | |

## Schedule K   Shareholders' Pro Rata Share Items

| | | | | Total amount |
|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 21) | 1 | 3,798,475. |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | 2 | |
| | 3a | Other gross rental income (loss) ........ 3a | | |
| | b | Expenses from other rental activities (attach statement) ... 3b | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| | 4 | Interest income | 4 | |
| | 5 | Dividends: a Ordinary dividends | 5a | |
| | | b Qualified dividends ........ 5b | | |
| | 6 | Royalties | 6 | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) | 7 | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) | 8a | |
| | b | Collectibles (28%) gain (loss) ........ 8b | | |
| | c | Unrecaptured section 1250 gain (attach statement) ... 8c | | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) | 9 | |
| | 10 | Other income (loss) (see instructions)  Type | 10 | |
| **Deductions** | 11 | Section 179 deduction (attach Form 4562) | 11 | |
| | 12a | Charitable contributions                    STATEMENT 3 | 12a | 9,607. |
| | b | Investment interest expense | 12b | |
| | c | Section 59(e)(2) expenditures  Type | 12c | |
| | d | Other deductions (see instructions)  Type | 12d | |
| **Credits** | 13a | Low-income housing credit (section 42(j)(5)) | 13a | |
| | b | Low-income housing credit (other) | 13b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | 13c | |
| | d | Other rental real estate credits (see instructions) Type | 13d | |
| | e | Other rental credits (see instructions)  Type | 13e | |
| | f | Biofuel producer credit (attach Form 6478) | 13f | |
| | g | Other credits (see instructions)  Type | 13g | |
| **International** | 14 | Attach Schedule K-2 (Form 1120-S), Shareholders' Pro Rata Share Items - International, and check this box to indicate you are reporting items of international tax relevance ☐ | | |
| **Alternative Minimum Tax (AMT) Items** | 15a | Post-1986 depreciation adjustment | 15a | |
| | b | Adjusted gain or loss | 15b | |
| | c | Depletion (other than oil and gas) | 15c | |
| | d | Oil, gas, and geothermal properties - income | 15d | |
| | e | Oil, gas, and geothermal properties - deductions | 15e | |
| | f | Other AMT items (attach statement) | 15f | |
| **Items Affecting Shareholder Basis** | 16a | Tax-exempt interest income | 16a | |
| | b | Other tax-exempt income                    STATEMENT 4 | 16b | |
| | c | Nondeductible expenses | 16c | |
| | d | Distributions (attach statement if required) | 16d | 50,000. |
| | e | Repayment of loans from shareholders | 16e | |
| | f | Foreign taxes paid or accrued | 16f | |

Form **1120-S** (2022)

Form 1120S (2022)   WESTERN CONCRETE PUMPING, INC.   95-4076060   Page **4**

## Schedule K   Shareholders' Pro Rata Share Items *(continued)*

| | | Total amount |
|---|---|---|
| **Other Information** | **17a** Investment income | **17a** |
| | **b** Investment expenses | **17b** |
| | **c** Dividend distributions paid from accumulated earnings and profits | **17c** |
| | **d** Other items and amounts (att. stmt.)                    STATEMENT 5 | |
| **Recon-ciliation** | **18 Income (loss) reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 16f | **18** | 3,788,868. |

## Schedule L   Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | | | 1,294,573. |
| 2 a | Trade notes and accounts receivable | 10,070,753. | | 10,285,286. | |
| b | Less allowance for bad debts | ( | 10,070,753. | ) ( | 10,285,286. ) |
| 3 | Inventories | | 2,796,964. | | 3,384,020. |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (att. stmt.) | STATEMENT 6 | 806,119. | | 1,205,857. |
| 7 | Loans to shareholders | | 105,000. | | 205,000. |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (att. stmt.) | | | | |
| 10 a | Buildings and other depreciable assets | 13,643,017. | | 13,397,204. | |
| b | Less accumulated depreciation | 12,252,092. | 1,390,925. | 11,959,638. | 1,437,566. |
| 11 a | Depletable assets | | | | |
| b | Less accumulated depletion | ( | | ) ( | ) |
| 12 | Land (net of any amortization) | | | | |
| 13 a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( | | ) ( | ) |
| 14 | Other assets (att. stmt.) | STATEMENT 7 | 1,423,348. | | 1,415,675. |
| 15 | Total assets | | 16,593,109. | | 19,227,977. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | 1,378,799. | | 1,328,530. |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | 4,417. | | |
| 18 | Other current liabilities (att. stmt.) | STATEMENT 8 | 2,231,908. | | 1,295,024. |
| 19 | Loans from shareholders | | 1,235,000. | | 1,966,076. |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 876,659. | | |
| 21 | Other liabilities (att. stmt.) | STATEMENT 9 | 0. | | 50,124. |
| 22 | Capital stock | | 19,000. | | 19,000. |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings | STATEMENT 10 | 10,852,404. | | 14,574,301. |
| 25 | Adjustments to shareholders' equity (att. stmt.) | | | | |
| 26 | Less cost of treasury stock | | ( 5,078.) | | ( 5,078.) |
| 27 | Total liabilities and shareholders' equity | | 16,593,109. | | 19,227,977. |

Form **1120-S** (2022)

211731
12-09-22

Form 1120-S (2022)  WESTERN CONCRETE PUMPING, INC.  95-4076060  Page **5**

| **Schedule M-1** | **Reconciliation of Income (Loss) per Books With Income (Loss) per Return** |
|---|---|

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | 3,771,897. | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | | **a** Tax-exempt interest  $ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 16f (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12 and 16f, not charged against book income this year (itemize): | |
| | **a** Depreciation  $ | | | **a** Depreciation  $  68,288. | |
| | **b** Travel and entertainment $ | | | | 68,288. |
| | STMT 11  85,259. | 85,259. | 7 | Add lines 5 and 6 | 68,288. |
| 4 | Add lines 1 through 3 | 3,857,156. | 8 | Income (loss) (Schedule K, line 18). Subtract line 7 from line 4 | 3,788,868. |

| **Schedule M-2** | **Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account** (see instrs.) |
|---|---|

| | | **(a)** Accumulated adjustments account | **(b)** Shareholders' undistributed taxable income previously taxed | **(c)** Accumulated earnings and profits | **(d)** Other adjustments account |
|---|---|---|---|---|---|
| 1 | Balance at beginning of tax year | 9,917,503. | | | -112,383. |
| 2 | Ordinary income from page 1, line 21 | 3,798,475. | | | |
| 3 | Other additions | | | | |
| 4 | Loss from page 1, line 21 | ( ) | | | |
| 5 | Other reductions  STATEMENT 12 | ( 9,607. ) | | | ( ) |
| 6 | Combine lines 1 through 5 | 13,706,371. | | | -112,383. |
| 7 | Distributions | 50,000. | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | 13,656,371. | | | -112,383. |

Form **1120-S** (2022)

211732
12-09-22

Form **1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

# Cost of Goods Sold

▶ **Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.**

▶ **Go to www.irs.gov/Form1125A for the latest information.**

OMB No. 1545-0123

Name

WESTERN CONCRETE PUMPING, INC.

Employer Identification number

95-4076060

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | 2,796,964. |
| 2 | Purchases | 2 | |
| 3 | Cost of labor | 3 | 18,653,782. |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule)           SEE STATEMENT 13 | 5 | 32,817,736. |
| 6 | **Total.** Add lines 1 through 5 | 6 | 54,268,482. |
| 7 | Inventory at end of year | 7 | 3,384,020. |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 50,884,462. |

**9 a** Check all methods used for valuing closing inventory:

(i)  ☐ Cost

(ii)  ☒ Lower of cost or market

(iii)  ☐ Other (Specify method used and attach explanation) ▶ _____

**b** Check if there was a writedown of subnormal goods  ▶ ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970)  ▶ ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed
under LIFO  **9d**

**e** If property is produced or acquired for resale, do the rules of Section 263A apply to the entity? See instructions  ☐ Yes  ☒ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory?  ☐ Yes  ☒ No
If "Yes," attach explanation.

For Paperwork Reduction Act Notice, see separate instructions.

Form **1125-A** (Rev. 11-2018)

224441
04-01-22    LHA

Form **1125-E**
(Rev. October 2016)

Department of the Treasury
Internal Revenue Service

## Compensation of Officers

▶ **Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.**

▶ **Information about Form 1125-E and its separate instructions is at www.irs.gov/form1125e.**

OMB No. 1545-0123

Name

WESTERN CONCRETE PUMPING, INC.

Employer Identification number

95-4076060

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| 1 CHARLES REED | ▓▓▓▓▓▓ | 100% | 75.50% | | 207,200. |
| BRETT REID | ▓▓▓▓▓▓ | 100% | 24.50% | | 207,200. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | |
|---|---|---|---|
| **2** Total compensation of officers | | **2** | 414,400. |
| **3** Compensation of officers claimed on Form 1125-A or elsewhere on return | | **3** | |
| **4** Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return | | **4** | 414,400. |

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **1125-E** (Rev. 10-2016)

224451  04-01-22      LHA

| SCHEDULE M-3 | | |
|---|---|---|
| **(Form 1120-S)** | **Net Income (Loss) Reconciliation for S Corporations** | |
| (Rev. December 2019) | **With Total Assets of $10 Million or More** | OMB No. 1545-0123 |
| Department of the Treasury Internal Revenue Service | ▶ **Attach to Form 1120-S.** ▶ **Go to www.irs.gov/Form1120S for instructions and the latest information.** | |

| Name of corporation | Employer identification number |
|---|---|
| WESTERN CONCRETE PUMPING, INC. | 95-4076060 |

**Part I    Financial Information and Net Income (Loss) Reconciliation** (see instructions)

**1a** Did the corporation prepare a certified audited non-tax-basis income statement for the period ending with or within this tax year?

See instructions if multiple non-tax-basis income statements are prepared.

☐ **Yes.** Skip line 1b and complete lines 2 through 11 with respect to that income statement.

☒ **No.** Go to line 1b.

**b** Did the corporation prepare a non-tax-basis income statement for that period?

☒ **Yes.** Complete lines 2 through 11 with respect to that income statement.

☐ **No.** Skip lines 2 through 3b and enter the corporation's net income (loss) per its books and records on line 4a.

**2** Enter the income statement period:    Beginning 01/01/2022    Ending 12/31/2022

**3a** Has the corporation's income statement been restated for the income statement period on line 2?

☐ **Yes.** If "Yes," attach an explanation and the amount of each item restated.

☒ **No.**

**b** Has the corporation's income statement been restated for any of the five income statement periods immediately preceding the period on line 2?

☐ **Yes.** If "Yes," attach an explanation and the amount of each item restated.

☒ **No.**

| | | |
|---|---|---|
| **4a** Worldwide consolidated net income (loss) from income statement source identified in Part I, line 1 | **4a** | 3,771,897. |
| **b** Indicate accounting standard used for line 4a (see instructions): (1) ☒ GAAP  (2) ☐ IFRS  (3) ☐ Tax-basis  (4) ☐ Other (specify) | | |
| **5a** Net income from no*include*ible foreign entities (attach statement) | **5a** | ( ) |
| **b** Net loss from no*include*ible foreign entities (attach statement and enter as a positive amount) | **5b** | |
| **6a** Net income from no*include*ible U.S. entities (attach statement) | **6a** | ( ) |
| **b** Net loss from no*include*ible U.S. entities (attach statement and enter as a positive amount) | **6b** | |
| **7a** Net income (loss) of other foreign disregarded entities (attach statement) | **7a** | |
| **b** Net income (loss) of other U.S. disregarded entities (except qualified subchapter S subsidiaries) (attach stmt.) | **7b** | |
| **c** Net income (loss) of other qualified subchapter S subsidiaries (QSubs) (attach statement) | **7c** | |
| **8** Adjustment to eliminations of transactions between includible entities and noninchudible entities (attach statement) | **8** | |
| **9** Adjustment to reconcile income statement period to tax year (attach statement) | **9** | |
| **10** Other adjustments to reconcile to amount on line 11 (attach statement) | **10** | |
| **11** **Net income (loss) per income statement of the corporation.** Combine lines 4 through 10 | **11** | 3,771,897. |

**Note:** Part I, line 11, must equal Part II, line 26, column (a); or Schedule M-1, line 1. See instructions.

**12** Enter the total amount (not just the corporation's share) of the assets and liabilities of all entities included or removed on the following lines:

| | Total Assets | Total Liabilities |
|---|---|---|
| **a** Included on Part I, line 4 | 19,227,977. | 4,639,754. |
| **b** Removed on Part I, line 5 | | |
| **c** Removed on Part I, line 6 | | |
| **d** Included on Part I, line 7 | | |

**For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.**    **Schedule M-3 (Form 1120-S) (Rev. 12-2019)**

211735  04-01-22    LHA

Schedule M-3 (Form 1120-S) (Rev. 12-2019)

**Page 2**

| Name of corporation | Employer identification number |
|---|---|
| WESTERN CONCRETE PUMPING, INC. | 95-4076060 |

**Part II** **Reconciliation of Net Income (Loss) per Income Statement of the Corporation With Total Income (Loss) per Return** (see instructions)

| Income (Loss) Items (attach statements for lines 1 through 10) | (a) Income (Loss) per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Income (Loss) per Tax Return |
|---|---|---|---|---|
| 1 Income (loss) from equity method foreign corporations | | | | |
| 2 Gross foreign dividends not previously taxed | | | | |
| 3 Subpart F, QEF, and similar income inclusions | | | | |
| 4 Gross foreign distributions previously taxed | | | | |
| 5 Income (loss) from equity method U.S. corporations | | | | |
| 6 U.S. dividends not eliminated in tax consolidation | | | | |
| 7 Income (loss) from U.S. partnerships | | | | |
| 8 Income (loss) from foreign partnerships | | | | |
| 9 Income (loss) from other pass-through entities | | | | |
| 10 Items relating to reportable transactions | | | | |
| 11 Interest income (see instructions) | | | | |
| 12 Total accrual to cash adjustment | | | | |
| 13 Hedging transactions | | | | |
| 14 Mark-to-market income (loss) | | | | |
| 15 Cost of goods sold (see instructions) | (51,126,691.) | 242,229. | | (50,884,462.) |
| 16 Sale versus lease (for sellers and/or lessors) | | | | |
| 17 Section 481(a) adjustments | | | | |
| 18 Unearned/deferred revenue | | | | |
| 19 Income recognition from long-term contracts | | | | |
| 20 Original issue discount and other imputed interest | | | | |
| 21a Income statement gain/loss on sale, exchange, abandonment, worthlessness, or other disposition of assets other than inventory and pass-through entities | | | | |
| b Gross capital gains from Schedule D, excluding amounts from pass-through entities | | | | |
| c Gross capital losses from Schedule D, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | | | |
| d Net gain/loss reported on Form 4797, line 17, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | | | |
| e Abandonment losses | | | | |
| f Worthless stock losses (attach statement) | | | | |
| g Other gain/loss on disposition of assets other than inventory | | | | |
| 22 Other income (loss) items with differences (attach statement) | | | | |
| 23 Total income (loss) items. Combine lines 1 through 22 | -51,126,691. | 242,229. | | -50,884,462. |
| 24 Total expense/deduction items (from Part III, line 32) | -956,162. | -139,999. | -85,259. | -1,181,420. |
| 25 Other items with no differences STMT 14 | 55,854,750. | | | 55,854,750. |
| 26 Reconciliation totals. Combine lines 23 through 25 | 3,771,897. | 102,230. | -85,259. | 3,788,868. |

**Note:** Line 26, column (a), must equal Part I, line 11, and column (d) must equal Form 1120-S, Schedule K, line 18.

Schedule M-3 (Form 1120-S) (Rev. 12-2019)

211736
04-01-22

Schedule M-3 (Form 1120-S) (Rev. 12-2019)                                                                    Page **3**

| Name of corporation | Employer identification number |
|---|---|
| WESTERN CONCRETE PUMPING, INC. | 95-4076060 |

**Part III**   **Reconciliation of Net Income (Loss) per Income Statement of the Corporation With Total Income (Loss) per Return - Expense/Deduction Items**   (see instructions)

| | Expense/Deduction Items | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|---|
| 1 | U.S. current income tax expense | | | | |
| 2 | U.S. deferred income tax expense | | | | |
| 3 | State and local current income tax expense | 94,468. | | | 94,468. |
| 4 | State and local deferred income tax expense | | | | |
| 5 | Foreign current income tax expense (other than foreign withholding taxes) | | | | |
| 6 | Foreign deferred income tax expense | | | | |
| 7 | Equity-based compensation | | | | |
| 8 | Meals and entertainment   STMT 16 | 516,844. | | | 516,844. |
| 9 | Fines and penalties | | | | |
| 10 | Judgments, damages, awards, and similar costs | | | | |
| 11 | Pension and profit-sharing | | | | |
| 12 | Other post-retirement benefits | | | | |
| 13 | Deferred compensation | | | | |
| 14 | Charitable contribution of cash and tangible property   STMT 17 | 9,607. | | | 9,607. |
| 15 | Charitable contribution of intangible property | | | | |
| 16 | Current year acquisition or reorganization investment banking fees | | | | |
| 17 | Current year acquisition or reorganization legal and accounting fees | | | | |
| 18 | Current year acquisition/ reorganization other costs | | | | |
| 19 | Amortization/impairment of goodwill | | | | |
| 20 | Amortization of acquisition, reorganization, and start-up costs | | | | |
| 21 | Other amortization or impairment write-offs | | | | |
| 22 | Reserved | | | | |
| 23a | Depletion - Oil & Gas | | | | |
| b | Depletion - Other than Oil & Gas | | | | |
| 24 | Depreciation | 5,448. | 310,517. | | 315,965. |
| 25 | Bad debt expense | | | | |
| 26 | Interest expense (see instructions) | 244,536. | | | 244,536. |
| 27 | Corporate-owned life insurance premiums | 85,259. | -170,518. | 85,259. | |
| 28 | Purchase versus lease (for purchasers and/or lessees) | | | | |
| 29 | Research and development costs | | | | |
| 30 | Section 118 exclusion (attach statement) | | | | |
| 31 | Other expense/deduction items with differences (attach statement) | | | | |
| 32 | **Total expense/deduction items.** Combine lines 1 through 31. Enter here and on Part II, line 24, reporting positive amounts as negative and negative amounts as positive | 956,162. | 139,999. | 85,259. | 1,181,420. |

Schedule M-3 (Form 1120-S) (Rev. 12-2019)

211737
12-28-22

| Form **4562** | **Depreciation and Amortization** | OMB No. 1545-0172 |
|---|---|---|
| | **(Including Information on Listed Property)**   COGS | **2022** |
| Department of the Treasury Internal Revenue Service | **Attach to your tax return.** **Go to www.irs.gov/Form4562 for instructions and the latest information.** | Attachment Sequence No. **179** |

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| WESTERN CONCRETE PUMPING, INC. | COST OF GOODS SOLD DEPRECIATION | 95-4076060 |

**Part I**   Election To Expense Certain Property Under Section 179  **Note:** If you have any listed property, complete Part V before you complete Part I.

| | | |
|---|---|---|
| 1 | Maximum amount (see instructions) | **1** | |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation | **3** | |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | |
|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | **7** | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2021 Form 4562 | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | **12** | |
| 13 | Carryover of disallowed deduction to 2023. Add lines 9 and 10, less line 12 | **13** | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

**Part II**   Special Depreciation Allowance and Other Depreciation (Don't include listed property.)

| | | |
|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year | **14** | 249,869. |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | |

**Part III**   MACRS Depreciation (Don't include listed property. See instructions.)

**Section A**

| | | |
|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2022 | **17** | |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

**Section B - Assets Placed in Service During 2022 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | / | | 39 yrs. | MM | S/L | |
| | / | | | MM | S/L | |

**Section C - Assets Placed in Service During 2022 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  30-year | / | | 30 yrs. | MM | S/L | |
| d  40-year | / | | 40 yrs. | MM | S/L | |

**Part IV**   Summary (See instructions.)

| | | |
|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | **22** | 249,869. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | |

216251 12-08-22    LHA  **For Paperwork Reduction Act Notice, see separate instructions.**    Form **4562** (2022)

Form 4562 (2022)                    WESTERN CONCRETE PUMPING, INC.                    95-4076060    Page **2**

**Part V**  **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A - Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles. **)**

| 24a Do you have evidence to support the business/investment use claimed? | X Yes | No | 24b If "Yes," is the evidence written? | X Yes | No |

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| **25** Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use | | | | | **25** | | | |
| **26** Property used more than 50% in a qualified business use: | | | | | | | | |
| BIG E'S TIRE. | : : | % | | | | | | |
| TRUCK AZ | 050219 | 100.00 % | 6,000. | | 5.00 | 200DB-HY | | |
| | : : | % | | | | | | |
| **27** Property used 50% or less in a qualified business use: | | | | | | | | |
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |
| **28** Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | | **28** | | |
| **29** Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | | | **29** |

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle | | (b) Vehicle | | (c) Vehicle | | (d) Vehicle | | (e) Vehicle | | (f) Vehicle | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **30** Total business/investment miles driven during the year (**don't** include commuting miles) | | | | | | | | | | | | |
| **31** Total commuting miles driven during the year | | | | | | | | | | | | |
| **32** Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| **33** Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| **34** Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| **35** Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| **36** Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons.

| | Yes | No |
|---|---|---|
| **37** Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| **38** Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| **39** Do you treat all use of vehicles by employees as personal use? | | |
| **40** Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| **41** Do you meet the requirements concerning qualified automobile demonstration use? | | |
| **Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles. | | |

**Part VI**  **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| **42** Amortization of costs that begins during your 2022 tax year: | | | | | |
| | : : | | | | |
| | : : | | | | |
| **43** Amortization of costs that began before your 2022 tax year | | | | **43** | |
| **44** **Total.** Add amounts in column (f). See the instructions for where to report | | | | **44** | |

216252  12-08-22                                                                                      Form **4562** (2022)

Form **4562**

## Depreciation and Amortization
### (Including Information on Listed Property)  OTHER

**Attach to your tax return.**

Go to www.irs.gov/Form4562 for instructions and the latest information.

OMB No. 1545-0172

**2022**

Attachment
Sequence No. **179**

Department of the Treasury
Internal Revenue Service

Name(s) shown on return | Business or activity to which this form relates | Identifying number

WESTERN CONCRETE PUMPING, INC. | OTHER DEPRECIATION | 95-4076060

| Part I | Election To Expense Certain Property Under Section 179 **Note:** If you have any listed property, complete Part V before you complete Part I. |

| | | |
|---|---|---|
| 1 | Maximum amount (see instructions) | **1** |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** |
| 3 | Threshold cost of section 179 property before reduction in limitation | **3** |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | **7** | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2021 Form 4562 | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | **12** | |
| 13 | Carryover of disallowed deduction to 2023. Add lines 9 and 10, less line 12 | **13** | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

| Part II | Special Depreciation Allowance and Other Depreciation (Don't include listed property.) |

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year | **14** | 294,318. |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | |

| Part III | MACRS Depreciation (Don't include listed property. See instructions.) |

### Section A

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2022 | **17** | 958. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ☐ | | |

### Section B - Assets Placed in Service During 2022 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | / | | 39 yrs. | MM | S/L | |
| | / | | | MM | S/L | |

### Section C - Assets Placed in Service During 2022 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  30-year | / | | 30 yrs. | MM | S/L | |
| d  40-year | / | | 40 yrs. | MM | S/L | |

| Part IV | Summary (See instructions.) |

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** | 20,689. |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | **22** | 315,965. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | |

216251  12-08-22    LHA  **For Paperwork Reduction Act Notice, see separate instructions.**

Form **4562** (2022)

Form 4562 (2022)  WESTERN CONCRETE PUMPING, INC.                95-4076060   Page **2**

**Part V** Listed Property (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A - Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles. **)**

24a Do you have evidence to support the business/investment use claimed? [X] Yes [ ] No   24b If "Yes," is the evidence written? [X] Yes [ ] No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use ............ | | | | | **25** | | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| SEE STATEMENT 19 | : : | % | | | | | 20,689. | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |

28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 ......  **28**  20,689.

29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 ...............................  **29**

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle | | (b) Vehicle | | (c) Vehicle | | (d) Vehicle | | (e) Vehicle | | (f) Vehicle | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**don't** include commuting miles) ............ | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year ... | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven ............ | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 ............ | SEE PART V STATEMENT | | | | | | | | | | | |
| 34 Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons.

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? ............ | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners ............ | | |
| 39 Do you treat all use of vehicles by employees as personal use? ............ | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? ............ | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? ............ | | |
| **Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles. | | |

**Part VI** Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2022 tax year: | | | | | |
| | : : | | | | |
| | : : | | | | |
| 43 Amortization of costs that began before your 2022 tax year ............ | | | **43** | | |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report ............ | | | **44** | | |

216252  12-08-22                                                                 Form **4562** (2022)

671121

**Schedule K-1**
**(Form 1120-S)**

Department of the Treasury
Internal Revenue Service

**2022**

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0123

For calendar year 2022, or tax
year beginning _____
ending _____

**Shareholder's Share of Income, Deductions,
Credits, etc.**    See separate instructions.

| **Part III** | **Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items** |
|---|---|

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) 2,867,849. | 13 | Credits |
| 2 | Net rental real estate inc (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Schedule K-3 is attached if checked ☐ |
| 6 | Royalties | 15 | Alternative min tax (AMT) items |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured sec 1250 gain | | |
| 9 | Net section 1231 gain (loss) | 16 D | Items affecting shareholder basis 37,750. |
| 10 | Other income (loss) | | |

---

**Part I    Information About the Corporation**

**A** Corporation's employer identification number
95-4076060

**B** Corporation's name, address, city, state, and ZIP code

WESTERN CONCRETE PUMPING, INC.
2181 LA MIRADA DRIVE
VISTA, CA  92081-8830

**C** IRS Center where corporation filed return
E-FILE

**D** Corporation's total number of shares
Beginning of tax year ............ 13,922.00
End of tax year ..................... 13,922.00

---

**Part II    Information About the Shareholder**

**E** Shareholder's identifying number

**F** Shareholder's name, address, city, state, and ZIP code

CHARLES D. REED
7307 MORTON ST
DALLAS, TX 75209

**G** Current year allocation percentage    75.500000 %

**H** Shareholder's number of shares
Beginning of tax year ............ 10,511.11
End of tax year ..................... 10,511.11

**I** Loans from shareholder
Beginning of tax year ............ $ _____
End of tax year ..................... $ _____

| | | | |
|---|---|---|---|
| | | 17 V | Other information * STMT |
| 11 | Section 179 deduction | AA | 2,429,805. |
| 12 | Other deductions G 7,253. | AC | * STMT |

| | | | |
|---|---|---|---|
| 18 | ☐ More than one activity for at-risk purposes* | | |
| 19 | ☐ More than one activity for passive activity purposes* | | |
| | *See attached statement for additional information. | | |

For IRS Use Only

211271
12-07-22    LHA    **For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.**    www.irs.gov/Form1120S    **Schedule K-1 (Form 1120-S) 2022**

1

WESTERN CONCRETE PUMPING, INC.                                                    95-4076060

===

| SCHEDULE K-1 | SECTION 199A ADDITIONAL INFORMATION |
|---|---|

THE SECTION 199A AMOUNTS TO BE USED IN THE CALCULATION OF THE QUALIFIED
BUSINESS INCOME DEDUCTION ON YOUR 1040/1041 RETURN ARE REPORTED ON LINE 17,
UNDER CODE V. PLEASE CONSULT YOUR TAX ADVISOR REGARDING THE CALCULATION OF
QUALIFIED BUSINESS INCOME DEDUCTION, INCLUDING THE POSSIBLE AGGREGATIONS AND
LIMITATIONS THAT MAY APPLY AND THE FILING OF THE 1.199A-4(C)(2)(I) ANNUAL
DISCLOSURE STATEMENT.

===

SCHEDULE K-1                    SECTION 199A ITEMS, BOX 17
                                         CODE V

| DESCRIPTION | AMOUNT |
|---|---|
| TRADE OR BUSINESS | |
|    ORDINARY INCOME(LOSS) | 2,867,849. |
|    W-2 WAGES | 17,978,367. |
|    UNADJUSTED BASIS | 8,115,501. |

===

SCHEDULE K-1                    IRC SEC. 163(J) ADJUSTED TAXABLE
                                      INCOME CALCULATION

| DESCRIPTION | AMOUNT |
|---|---|
| TAXABLE INCOME | 2,860,596. |
| INTEREST EXPENSE NOT FROM A PASS-THROUGH ENTITY | 184,625. |
| ADJUSTED TAXABLE INCOME | 3,045,221. |

SHAREHOLDER 1

WESTERN CONCRETE PUMPING, INC.                                95-4076060

---

SCHEDULE K-1              IRC SEC. 163(J) BUSINESS INTEREST
                              EXPENSE LIMITATION

---

THE ENTITY IS A SMALL BUSINESS AND UNDER IRC SEC. 163(J)(3) IT IS EXEMPT FROM
THE IRC SEC. 163(J) BUSINESS INTEREST EXPENSE LIMITATION.

| DESCRIPTION | AMOUNT |
|---|---|
| ADJUSTED TAXABLE INCOME | 3,045,221. |
| BUSINESS INTEREST INCOME | 0. |
| BUSINESS INTEREST EXPENSE | 184,625. |

---

SCHEDULE K-1 GROSS RECEIPTS FOR SECTION 448(C), BOX 17, CODE AC

---

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS RECEIPTS - CURRENT YEAR | 50,465,864. |

---

SCHEDULE K-1              SCHEDULE K-3 NOTIFICATION

---

THE SCHEDULE K-3 HAS NOT BEEN PREPARED FOR YOU. YOU WILL NOT
RECEIVE A COPY OF THE SCHEDULE UNLESS YOU REQUEST ONE.

SHAREHOLDER 1

671121

# Schedule K-1
## (Form 1120-S)

Department of the Treasury
Internal Revenue Service

## 2022

☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0123

For calendar year 2022, or tax
year beginning _____
ending _____

**Shareholder's Share of Income, Deductions,
Credits, etc.**   See separate instructions.

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| **Part I** | **Information About the Corporation** |
|---|---|

**A** Corporation's employer identification number
95-4076060

**B** Corporation's name, address, city, state, and ZIP code

WESTERN CONCRETE PUMPING, INC.
2181 LA MIRADA DRIVE
VISTA, CA  92081-8830

**C** IRS Center where corporation filed return
E-FILE

**D** Corporation's total number of shares
Beginning of tax year .............. 13,922.00
End of tax year ...................... 13,922.00

| **Part II** | **Information About the Shareholder** |
|---|---|

**E** Shareholder's identifying number
█████████

**F** Shareholder's name, address, city, state, and ZIP code

BRETT REID
1800 WICKWOOD COURT
ARGYLE, TX 76226

**G** Current year allocation percentage   24.500000 %

**H** Shareholder's number of shares
Beginning of tax year .............. 3,410.89
End of tax year ...................... 3,410.89

**I** Loans from shareholder
Beginning of tax year ........... $ _____
End of tax year ................... $ _____

*For IRS Use Only*

| No. | Item | | No. | Item |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) 930,626. | | 13 | Credits |
| 2 | Net rental real estate inc (loss) | | | |
| 3 | Other net rental income (loss) | | | |
| 4 | Interest income | | | |
| 5a | Ordinary dividends | | | |
| 5b | Qualified dividends | | 14 | Schedule K-3 is attached if checked ☐ |
| 6 | Royalties | | 15 | Alternative min tax (AMT) items |
| 7 | Net short-term capital gain (loss) | | | |
| 8a | Net long-term capital gain (loss) | | | |
| 8b | Collectibles (28%) gain (loss) | | | |
| 8c | Unrecaptured sec 1250 gain | | | |
| 9 | Net section 1231 gain (loss) | | 16 D | Items affecting shareholder basis 12,250. |
| 10 | Other income (loss) | | | |
| | | | 17 V | Other information * STMT |
| 11 | Section 179 deduction | | AA | 788,480. |
| 12 G | Other deductions 2,354. | | AC | * STMT |
| 18 | ☐ More than one activity for at-risk purposes* | | | |
| 19 | ☐ More than one activity for passive activity purposes* | | | |
| | *See attached statement for additional information. | | | |

211271
12-07-22   LHA  **For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.**   www.irs.gov/Form1120S   **Schedule K-1 (Form 1120-S) 2022**

3

WESTERN CONCRETE PUMPING, INC.                                    95-4076060

===

**SCHEDULE K-1          SECTION 199A ADDITIONAL INFORMATION**

---

THE SECTION 199A AMOUNTS TO BE USED IN THE CALCULATION OF THE QUALIFIED
BUSINESS INCOME DEDUCTION ON YOUR 1040/1041 RETURN ARE REPORTED ON LINE 17,
UNDER CODE V. PLEASE CONSULT YOUR TAX ADVISOR REGARDING THE CALCULATION OF
QUALIFIED BUSINESS INCOME DEDUCTION, INCLUDING THE POSSIBLE AGGREGATIONS AND
LIMITATIONS THAT MAY APPLY AND THE FILING OF THE 1.199A-4(C)(2)(I) ANNUAL
DISCLOSURE STATEMENT.

===

**SCHEDULE K-1          SECTION 199A ITEMS, BOX 17**
**CODE V**

---

| DESCRIPTION | AMOUNT |
|---|---|
| TRADE OR BUSINESS | |
|    ORDINARY INCOME(LOSS) | 930,626. |
|    W-2 WAGES | 5,834,039. |
|    UNADJUSTED BASIS | 2,633,507. |

===

**SCHEDULE K-1          IRC SEC. 163(J) ADJUSTED TAXABLE**
**INCOME CALCULATION**

---

| DESCRIPTION | AMOUNT |
|---|---|
| TAXABLE INCOME | 928,272. |
| INTEREST EXPENSE NOT FROM A PASS-THROUGH ENTITY | 59,911. |
| ADJUSTED TAXABLE INCOME | 988,183. |

COPY

SHAREHOLDER 3

WESTERN CONCRETE PUMPING, INC.                                                    95-4076060

---

SCHEDULE K-1              IRC SEC. 163(J) BUSINESS INTEREST
                              EXPENSE LIMITATION

---

THE ENTITY IS A SMALL BUSINESS AND UNDER IRC SEC. 163(J)(3) IT IS EXEMPT FROM
THE IRC SEC. 163(J) BUSINESS INTEREST EXPENSE LIMITATION.

| DESCRIPTION | AMOUNT |
|---|---|
| ADJUSTED TAXABLE INCOME | 988,183. |
| BUSINESS INTEREST INCOME | 0. |
| BUSINESS INTEREST EXPENSE | 59,911. |

---

SCHEDULE K-1 GROSS RECEIPTS FOR SECTION 448(C), BOX 17, CODE AC

---

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS RECEIPTS - CURRENT YEAR | 16,376,340. |

---

SCHEDULE K-1              SCHEDULE K-3 NOTIFICATION

---

THE SCHEDULE K-3 HAS NOT BEEN PREPARED FOR YOU. YOU WILL NOT
RECEIVE A COPY OF THE SCHEDULE UNLESS YOU REQUEST ONE.

SHAREHOLDER 3

United States Bankruptcy Court

Eastern District of Texas

In re:  Western Concrete Pumping, Inc.

Case No.

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  02/01/2024

/s/Brett Reid

Signature of Individual signing on behalf of debtor

Chief Financial Officer

Position or relationship to debtor

1270 FM BUDA LLC
2181 LA MIRADA DRIVE
VISTA, CA 92081

1270 FM Buda, LLC
1800 Wickwood Court
Argyle, TX 76226

1270 FM Buda, LLC
2181 La Mirada Drive
Vista, CA 92081

411 RANKIN RD N HOUSTON LLC
2181 LA MIRADA DR
VISTA, CA 92081

411 Rankin Rd N Houston, LLC
1800 Wickwood Court
Argyle, TX 76226

A&E SIGN AND GRAPHICS
1030 W. GOFORTH ROAD STE A
BUDA, TX 78610

A&J Concrete Inc.
c/o Snyder, Burnett, Egerer LLP
5383 Hollister Ave., Ste. 240
Santa Barbara, CA 93111

A-1 CONCRETE PUMPING
PO BOX 1885
POWAY, CA 92074

ABABA-QA
1466-1 PIONEER WAY
EL CAJON, CA 92020-1678

ABC HOME & COMMERICAL SERVICES
11934 BARKER CYPRESS RD.
CYPRESS, TX 77433

ACUITY SPECIALTY PRODUCTS, INC
ZEP SALES AND SERVICE
FILE 50188
LOS ANGELES, CA 90074-0188

AFCO
660 Newport Center Dr.
Suite 1050
Newport Beach, CA 92660

AFFORDABLE EQUIPMENT
PO BOX 1304
GEORGETOWN, TX 78627

AIRGAS USA LLC
P.O. BOX 734671
DALLAS, TX 75373-4671

ALIGNMENT EXPRESS
4748 OLD CLIFFS RD
SAN DIEGO, CA 92120

ALL-SERV INDUSTRIAL LLC
PO BOX 51918
LAFAYETTE, LA 70505

Ally Financial Inc.
500 Woodward Dr.
Detroit, MI 48226

AMC
8646 EAGLE CREEK CIRCLE
SUITE 103
SAVAGE, MN 55378

AMERICAN FASTENERS, INC
PO BOX 18327
AUSTIN, TX 78760

AMERICAN HOSE & RUBBER CO, INC
3645 E. 44TH STREET
TUCSON, AZ 85713

AMERICAN SAFETY LLC
9623 HIGHWAY 23
BELLE CHASSE, LA 70037

American Safety, LLC
9623 Highway 23
Belle Chasse, LA 70037

Angela Medina
c/o The Reeves Law Group
1055 W. 7th St., #3333
Los Angeles, CA 90017

ANKEM OF TEXAS INC
PO BOX 92426
SOUTHLAKE, TX 76092

APB ENTERPRISES
820 N DALLAS AVE
LANCASTER, TX 75146

Artex Risk Solutions, Inc.
39728 Treasury Center
Chicago, IL 60694

ASSOCIATED SUPPLY CO, INC
PO BOX 3888
LUBBOCK, TX 79452

AT&T MOBILITY
PO BOX 6463
CAROL STREAM, IL 60197-6463

ATMOS ENERGY
PO BOX 730311
ST LOUIS, MO 63179-0311

AUSTIN FABRICATION INC
PO BOX 806
ROUND ROCK, TX 78680

AUTOPOWER CORPORATION
400 TECHNOLOGY PARK
LAKE MARY, FL 32746

B4 LOGISTICS, INC
907 TAHOE BLVD #6
INCLINE VILLAGE, NV 89451

BARNETT'S TOWING LLC
PO BOX 1325
SIERRA VISTA, AZ 85636

BEARING -BELT & CHAIN, INC
729 EAST BUCKEYE RD
PHOENIX, AZ 85034

Beba Anic-Gothard & Nicholas Gothard
5425 Northmoor Drive
Dallas, TX 75229-3039

Beba Anic-Gothard and Nicholas Gothard
5425 Northmoor Dr.
Dallas, TX 75229

BERNELLL HYDRAULICS INC
PO BOX 417
RANCHO CUCAMONGA, CA 91739

BLANCHARD'S AUTO & INDUSTRIAL SUPPLIES LLC
PO BOX 846
9147 BELLE CHASE HWY
BELLE CHASE, LA 70037

Blanchet Concrete Pumping
PO Box 846
Laurel, MD 20725

Brandon Crowell
c/o Hashemi Law Group
401 Wilshire Blvd., 12th Floor
Santa Monica, CA 90401

Brett Reid
1800 Wickwood Court
Argyle, TX 76226

Brett Reid
1800 Wickwood Court
Argyle
TX 76226

Brian Crowell
c/o Hashemi Law Group
401 Wilshire Blvd., 12th Floor
Santa Monica, CA 90401

BRIDGESTONE HOSE POWER LLC
PO BOX 947777
ATLANTA, GA 30394-7777

BRODERICK DIXON
PO BOX 255
10770 HWY 77
Maringouin, LA 70757

Buesing Corp.
3045 S. 7th Street
Phoenix, AZ 85040

BURRTEC WASTE INDUSTRIES, INC
PAYMENT PROCESSING CENTER
P.O. BOX 51366
LOS ANGELES, CA 90051-5666

California Dept. of Transportation
c/o Jeanne E. Scherer-Kluge
P.O. Box 1502
Dixon, CA 95620

CALIFORNIA PUMPCRETE, INC.
800 W WILLOW STREET
LONG BEACH, CA 90806

CAMEO PAPER & JANITORIAL COMPANY
433 CYPRESS LANE
EL CAJON, CA 92020-1692

CAPCORP SERVICE AND MAINTENANCE
PO BOX 540757
DALLAS, TX 75354

CAPITAL BEARING SERVICE
PO BOX 190
ROUND ROCK, TX 78680-00190

CAPITAL ONE TRADE CREDIT
PO BOX 105525
ATLANTA, GA 30348-5525

CARPENTER INVESTMENT LLC
8343 HOOPER RD
BATON ROUGE, LA 70811

Carpenter Investment, LLC
8343 Hooper Rd.
Baton Rouge, LA 70811

Carpenter Investment, LLC
8343 Hooper Road
Baton Rouge, LA 70811

CENTRAL TEXAS REFUSE
PO BOX 18685
AUSTIN, TX 78760-8685

CERTIFIED LABORATORIES DIVISION
23261 NETWORK PLACE
CHICAGO, IL 60673-1232

Charles Reed
7307 Morton St.
Dallas, TX 75209

Charles Reed
7307 Morton Street
Dallas
TX 75209

CHARTER COMMUNICATIONS
PO BOX 223085
PITTSBURGH, PA 15251-2085

Chuck and Judith Reed, LLC and Judith Reed, L
1800 Wickwood Court
Argyle, TX 76226

CINTAS CORPORATION
PO BOX 650838
DALLAS, TX 75265-0838

CINTAS CORPORATION NO 2
PO BOX 631025
CINCINNATI, OH 45263-1025

CITY OF PHOENIX
PO BOX 29100
PHOENIX, AZ 85038-9100

CITY OF SIGNAL HILL
2175 CHERRY AVE
SIGNAL HILL, CA 90755-3713

COASTAL ICE
PO BOX 6809
KINGWOOD, TX 77325-6809

COLE DISTRIBUTING COMPANY
PO BOX 1582
PALESTINE, TX 75802

Colleen V. Wallen
c/o Stream Kim Hicks Wrage & Alfaro
3403 Tenth St., Ste. 700
Riverside, CA 92501

COMMERCIAL TOWING SERVICES LLC
PO BOX 1248
BUDA, TX 78610

COMMUNITY COFFEE CO LLC
PO BOX 679510
DALLAS, TX 75267-9510

CONCRETE EQUIPMENT LLC
6130 W FLAMINGO RD 712
LAS VEGAS, NV 89103

CONCRETE PLACEMENT, INC.
P.O. BOX 1337
TUSTIN, CA 92781

CONCRETE PUMP SUPPLY
5300 RIVERVIEW RD SE
MABLETON, GA 30126

Construction Forms Inc.
777 Maritime Dr.
Port Washington, WI 53074

CONTINENTAL TIRE NA, INC.
PO BOX 745388
ATLANTA, GA 30374-5388

COPPER STATE BOLT & NUT CO, INC
DEPT 880220
PO BOX 29650
PHOENIX, AZ 85038-9650

COX BUSINESS
PO BOX 53249
PHOENIX, AZ 85072-3249

COX COMMUNICATIONS
PO BOX 919243
DALLAS, TX 75391-9243

Cretor Concrete Pumping
4604 Old Kyles Station Rd.
Hamilton, OH 45011

CUSTOM SECURITY SYSTEMS, INC
PO BOX 15628
BATON ROUGE, LA 70895

CWD
PO BOX 208939
DALLAS, TX 75320-8939

D&A WIRE ROPE, INC
3400 E. CESAR CHAVEZ ST
AUSTIN, TX 78702

Darktrace
6100 Center Dr.
Los Angeles, CA 90045

DAWSON OIL COMPANY
PO BOX 360
4325 PACIFIC STREET
ROCKLIN, CA 95677

DIRECT PROPANE SERVICES
P.O. BOX 619
MANOR, TX 78653

DISA INC
DEPT 3731
PO BOX 123731
DALLAS, TX 75312-3731

DON WEESE INC
7613 A HARDIN DR
NORTH LITTLE ROCK, AR 72117

Donald White
c/o Robinson Calcagnie Inc.
19 Corporate Plaza Dr.
Newport Beach, CA 92660

DUFFY KRUSPODIN, LLP
4225 EXECUTIVE SQUARE
SUITE 900
LA JOLLA, CA 92037

EAGLE NATIONAL STEEL
540 SKYLINE DR
HUTCHINS, TX 75141

EDCO
P.O. BOX 5488
BUENA PARK, CA 90622-5488

EMPIRE SOUTHWEST LLC
PO BOX 842381
LOS ANGELES, CA 90084-2381

ENTERGY
PO BOX 8103
BATON ROUGE, LA 70891-8103

ESCOBEDO CRANES & EQUIPMENT, LP
199 DISTRIBUTION COVE
BUDA, TX 78610

ESCONDIDO METAL SUPPLY
1630 WEST MISSION RD
ESCONDIDO, CA 92029

EULESS WRECKER SERVICE INC
1201 W EULESS BLVD
EULESS, TX 76040

FAST FREDDIE & SONS AUTO GLASS
13031 CENTRAL AVE
CHINO, CA 91710

FASTENAL COMPANY
P.O. BOX 1286
WINONA, MN 55987

FED EX
PO BOX 7221
PASADENA, CA 91109-7321

FED EX FREIGHT
PO BOX 21415
PASADENA, CA 91185-1415

First United Bank and Trust Company
1517 Centre Place Dr.
Suite 100
Denton, TX 76205

FLEET PRIDE
P.O. BOX 847118
DALLAS, TX 75284-7118

FLYERS ENERGY LLC
DEPT 34516 PO BOX 39000
SAN FRANCISCO, CA 94139-0001

FONTANA WATER COMPANY
PO BOX 5970
EL MONTE, CA 91734-1970

Foothills at Old Town
28845 Pujol Street
Temecula, CA 92590

FRONTIER
PO BOX 740407
CINCINNATI, OH 45274-0407

G & T TRUCK REPAIR, INC
77 APPLE COURT SUITE C
APPLEGATE, CA 92703

GENWORTH LIFE AND ANNUITY INSURANCE  CO
POB BOX 79314
BALTIMORE, MD 21279-0314

Gloria Lenard
c/o Robinson Calcagnie Inc.
19 Corporate Plaza Dr.
Newport Beach, CA 92660

GOFORTH SPECIAL UTILITY DIST
8900 NIEDERWALS STRASSE
NIEDERWALD, TX 78640

GRAINGER
DEPT 841798150
PALATINE, IL 60038-0001

GSD LLC
566 E. Alvarado St.
Fallbrook, CA 92028

GSD LLC (Gordon Robinson)
566 E Alvarado Street
Fallbrook, CA 92028

GSSW 9th Avenue Station LLC
7225 9th Avenue
Port Arthur, TX 77642

GSSW 9th Avenue Station LLC
7725 9th Avenue
Port Arthur, TX 77642

Hartford Insurance Co.
200 Colonial Pkwy., Ste. 500
Lake Mary, FL 32746

HASC
PO BOX 621001
DALLAS, TX 75262-1001

HEALTHJOY, LLC
PO BOX 776932
CHICAGO, IL 60677-6932

Heliodoro Garcia
c/o The Dominguez Firm
3250 Wilshire Blvd., Ste. 2200
Los Angeles, CA 90010

HOLT CAT
PO BOX 650345
DALLAS, TX 75265-0345

HOSE DEPOT
PO BOX 291347
PHELEN, CA 92329

HOUSTON HYDRAULIC SALES & SERVICE, INC
PO BOX 800875
HOUSTON, TX 77280

ILLINOIS CONVEYOR ENTERPRISES
1119 HILL AVENUE
GLEN ELLYN, IL 60137

INDUSTRIAL METAL SUPPLY, INC
8300 SAN FERNANDO BLVD.
SUN VALLEY, CA 91352

INDUSTRIAL SAFETY TRAINING COUNCIL
3749 HIGHWAY 69 N
BEAUMONT, TX 77705

INDUSTRIAL SCREW & SUPPLY CO, INC
PO BOX 1266
4535 CHOCTAW DR
BATON ROUGE, LA 70821-1266

INDUSTRIAL WELDING SUPPLY OF SLIDELL, LLC
125 THRUWAY PARK
BROUSSARD, LA 70518-3601

INLAND KENWORTH (US), INC
9730 CHERRY AVE
FONTANA, CA 92335

INLAND TRUCK PARTS COMPANY
9000 E HWY 290
AUSTIN, TX 78724

INNOVERUS
3231 C. BUSINESS PARK DRIVE #308
VISTA, CA 92083

INTERNATIONAL PRACTICE GROUP
1350 COLUMBIA ST.
SUITE 500
SAN DIEGO, CA 92101

INTERSTATE BILLING SERVICE, INC
PO BOX 2208
DECATUR, AL 35609-2208

IWS GAS AND SUPPLY OF TEXAS LTD
125 THRUWAY PARK
BROUSSARD, LA 70518-3602

J.J. KELLER
PO BOX 6609
CAROL STREAM, IL 60197-6609

JACKSON NATIONAL LIFE INSURANCE CO
PO BOX 371425
PITTSBURG, PA 15250-7425

JANI KING OF AUSTIN
2523 SOUTH LAKELINE BLVD
CEDAR PARK, TX 78613

Jasen Thomsen
c/o Hashemi Law Group
401 Wilshire Blvd., 12th Floor
Santa Monica, CA 90401

JASPER WELLER LLC
1500 GEZON PARKWAY SW
GRAND RAPIDS, MI 49509

Jeremy Thomsen
c/o Hashemi Law Group
401 Wilshire Blvd., 12th Floor
Santa Monica, CA 90401

JJ SAFETY LLC
2918 ALMA SCHOOL RD.
MESA, AZ 85210

JOHN HANCOCK LIFE INSURANCE
601 CONGRESS ST
BOSTON, MA 02210

JOHNSON CONTROLS SECURITY SOLUTIONS
PO BOX 371967
PITTSBURG, PA 15250-7967

Joyce Sanders
c/o The Sweeney Firm
315 S. Beverly Dr., Ste. 200
Beverly Hills, CA 90212

Juan G. Landeros
13700 Rector Loop
Manor, TX 78653

KENTWOOD SPRINGS
PO BOX 660579
DALLAS, TX 92081

Kerry Lynn Gomez
c/o Stream Kim Hicks Wrage & Alfaro
3403 Tenth St., Ste. 700
Riverside, CA 92501

KITCHELL FLEET SERVICES
3752 E. ANNE ST
PHOENIX, AZ 85040

Leaf Capital Funding LLC
2005 Market St., 14th Fl.
Philadelphia, PA 19103

Lucid Private Offices
6275 W. Plano Pkwy.
Plano, TX 75093

Lucid Private Offices
6275 W Plano Parkway
Plano, TX 75093

Maria Diaz Medina
c/o Perez & Caballero PC
714 W. Olympic Blvd., #450
Los Angeles, CA 90015

MATHESON TRI-GAS
DEPT LA 23793
PASADENA, CA 91185-3793

MBI INDUSTRIAL MEDICINE, INC
77 E THOMAS RD
SUITE 230
PHOENIX, AZ 85012

MCFADDEN-DALE INDUSTRIAL HARDWARE
129 N. MAPLE ST
CORONA, CA 92880

MCMASTER-CARR
P.O. BOX 7690
CHICAGO, IL 60680-7690

Michael Andrew Medina-Jimenez
c/o The Reeves Law Group
1055 W. 7th St. #3333
Los Angeles, CA 90017

MID COUNTY PLAZA LLC
PO BOX 22217
BEAUMONT, TX 77720

Mid County Plaza, LLC
PO Box 22217
Beaumont, TX 77720

MID-WEST HOSE & SPECIALTY, INC
PO BOX 248911
OKLAHOMA CITY, OK 73124-8911

Miguel Julian Medina
c/o Perez & Caballero PC
714 W. Olympic Blvd., #450
Los Angeles, CA 90015

MILSTEAD AUTOMOTIVE, LTD
P.O. BOX 7859
SPRING, TX 77387

MOBILE COMMUNICATIONS AMERICA INC
100 DUNBAR ST STE 304
SPARTANBURG, SC 29306

MOON'S TOWING SERVICE, INC
PO BOX 331
WESTWEGO, LA 70094

NEXTRAN TRUCK CENTER JACKSONVILLE
1386 W BEAVER STREET
JACKSONVILLE, FL 32209

NORTH AMERICAN HOSE & FITTINGS
555 CHOCTAW DR
BATON ROUGE, LA 70805

NORTH COUNTY INDUSTRIAL PARK
PO BOX 52349
PHOENIX, AZ 85072-2349

O RINGS & THINGS
14546 HAWTHORNE AVE
FONTANA, CA 92335

OCCUPATIONAL HEALTH CENTERS
PO BOX 9005
ADDISON, TX 75001-9005

OCCUPATIONAL HEALTH CENTERS OF
CALIFORNIA
PO BOX 3700
RANCHO CUCAMONGA, CA 91729-3700

OCCUPATIONAL HEALTH CENTERS OF THE
SOUTHWEST,
1818 E SKY HARBOR CIRCLE N #150
PHOENIX, AZ 85034-3407

OVERALL SUPPLY INC
823 EAST GATE DRIVE UNIT #2
MT LAUREL, NJ 8054

Pacific Shore Plantinum Property Management
1442 Camino Del Mar
Del Mar, CA 92014

Pacific Shore Platinum Property Management
1442 Camino Del Mar, #209
Del Mar, CA 92014

PARETO HEALTH
PO BOX 23196
NEW YORK, NY 10087-3196

PARKHOUSE TIRE, INC.
PO BOX 2430
BELL GARDENS, CA 90202

PAT'S HOME CENTER OF CENTRAL
9835 SULLIVAN RD
BATON ROUGE, LA 70818

PAUL'S SCOTTSDALE HARDWARE, INC
1800 N. SCOTTSDALE RD
SCOTTSDALE, AZ 85257

Pawnee Leasing Corp.
3801 Automation Way
Suite 207
Fort Collins, CO 80525

PAWNEE LEASING CORPORATION
3801 AUTOMATION WAY
SUITE 207
FORT COLLINS, CO 80525

PEDERNALES ELECTRIC COOPERATIVE, INC
PO BOX 1
JOHNSON CITY, TX 78636

Percon Investments

Percon Investments LLC
4840 Starlight Ct.
Shingle Springs, CA 95682

PETE REID LAW, PLC
3901 S. LAMAR BLVD., STE. 260
AUSTIN, TX 78704

PHOENIX RACK & AXLE
114 N 32ND STREET #101
PHOENIX, AZ 85034

PIGS UNLIMITED INTERNATIONAL, INC
15719 TREICHEL RD
TOMBALL, TX 77377

PIPE TECHNOLOGY, A WESTFLEX, INC COMPANY
PO BOX 506
NATIONAL CITY, CA 91951

PIRTEK SKY HARBOR
5002 S. 40TH ST, UNIT A
PHOENIX, AZ 85040

Pitney Bowes
PO Box 981022
Boston, MA 02298

PITNEY BOWES GLOBAL FINANCIAL SERVICES
PO BOX 981022
BOSTON, MA 02298-1022

PLAQUEMINES DEPARTMENT OF WATER
PO BOX 940
BELLE CHASSE, LA 70037

PREMIER WORKSITE SOLUTIONS LLC
8575 W 110TH STE STE 210
OVERLAND PARK, KS 66210

PRUDENTIAL OVERALL SUPPLY
P.O. BOX 11210
SANTA ANA, CA 92711

PURCHASE POWER
P.O. BOX 856042
LOUISVILLE, KY 40285-6042

Putzmeister America, Inc.
1733 90th Street
Sturtevant, WI 53177

Putzmeister America, Inc.
1733 90th St.
Sturtevant, WI 53177

QUALITY ARG INC
854-B RANCHEROS DR
SAN MARCOS, CA 92069

RANKIN PARK MAINT. & UTILITIES
PO BOX 9648
SPRING, TX 77387-9648

RED BALL OXYGEN COMPANY
PO BOX 669131
DALLAS, TX 75266-9131

RELIANT
PO BOX 650475
DALLAS, TX 75265-0475

REPUBLIC SERVICES #753
PO BOX 78829
PHOENIX, AZ 85062-8829

REPUBLIC SERVICES #820
PO BOX 9001099
LOUISVILLE, KY 40290-1099

REPUBLIC SERVICES #862
PO BOX 78829
PHOENIX, AZ 85062-8829

RIVER CITY HOSE & SUPPLY, INC
9230 RESEARCH BLVD
AUSTIN, TX 78758

ROMIX INCORPORATED
PO BOX 1110
COLLEYVILLE, TX 76034

ROSE AVE FONTANA LLC
2181 LA MIRADA DRIVE
VISTA, CA 92081

Rose Ave Fontana, LLC
1800 Wickwood Court
Argyle, TX 76226

RUPE'S HYDRAULICS
725 N. TWIN OAKS VALLEY ROAD
SAN MARCOS, CA 92069

SAFETY KLEEN SYSTEMS, INC.
PO BOX 975201
DALLAS, TX 75397-5201

SAHARA DEVELOPMENT
3887 E. AJO WAY
TUCSON, AZ 85714

Sahara Development Group, LLC
3887 E. Ajo Way
Tucson, AZ 85714

Samsara
PO Box 5066
Hartford, CT 06102

SAMSARA CAPITAL FINANCE
PO BOX 5066
HARTFORD, CT 06102-5066

SAN DIEGO FRICTION PRODUCTS, INC
1532 N. JOHNSON AVE
EL CAJON, CA 92020

SAN DIEGO GAS & ELECTRIC
PO BOX 25111
SANTA ANA, CA 92799-5111

Schwing America
P.O. Box 8473
Carol Stream, IL 60197

Scottsdale Insurance Company
c/o Schneider, Holtz & Hutchinson
333 University Ave., Ste. 210
Sacramento, CA 95825

SDR AUTO GLASS SERVICES LLC
1515 N GILBERT RD
STE 107-304
GILBERT, AZ 85234

Shyene Denise Hamilton
c/o The Sweeney Firm
315 S. Beverly Dr., Ste. 200
Beverly Hills, CA 90212

SIGNAL HILL DISPOSAL
PO BOX 5398
BUENA PARK, CA 90621

SOUTHEAST TEXAS AAA VACUUM TRUCK &
PORTA CAN
250 JONES RD
VIDOR, TX 77662

SOUTHERN CALIFORNIA EDISON
PO BOX 300
ROSEMEAD, CA 91772-0002

SOUTHERN COUNTIES LLC
PO BOX 5765
ORANGE, CA 92863

SOUTHSIDE WRECKER, INC
1111 OLD BASTROP HWY
AUSTIN, TX 78742

SOUTHWEST RUBBER & SUPPLY CO., INC
4007 SOUTH 20TH STREET
PHOENIX, AZ 85040-1400

SPARKLETS & SIERRA SPRINGS
PO BOX 660579
DALLAS, TX 75266-0579

SR Construction Inc.
c/o Baker, Keener & Nahra, LLP
633 W. Fifth St., Ste. 5500
Los Angeles, CA 90071

SRP
PO BOX 80062
PRESCOTT, AZ 86304-8062

STANDARD INSURANCE CO.
PO BOX 3357
PORTLAND, OR 97208-3357

STATEWIDE TOWING & RECOVERY
190 N MAIN ST
RIVERSIDE, CA 92501

Stellantis Financial Services Inc.
5757 Woodway Dr. #400
Houston, TX 77057

SUN COAST RESOURCES, INC.
PO BOX 202603
Dallas, TX 75373

SUNBELT RENTALS
PO BOX 409211
ATLANTA, GA 30384-9211

SUPERCO SPECIALTY PRODUCTS
PO BOX 19569
ATLANTA, GA 30325-0569

T.S. INDUSTRIAL SUPPLY
205 N. MARKET PLACE
ESCONDIDO, CA 92029

Taylor & Ring, LLP
1230 Rosecrans Ave.
Suite 360
Manhattan Beach, CA 90266

TEXAS FIRST RENTALS LLC
PO BOX 650869
DALLAS, TX 75265-0869

TEXAS HOSE PRO
3160 COMMONWEALTH DR
STE 130
DALLAS, TX 75247

THE GAS COMPANY
PO BOX C
MONTEREY PARK, CA 91756-5111

THE RUBBER HOUSE OF BATON ROUGE, INC
PO BOX 46435
BATON ROUGE, LA 70895-6435

TRENCH PLATE RENTAL COMPANY
PO BOX 51373
LOS ANGELES, CA 90051-5673

TRIPLE-S STEEL SUPPLY CO
PO BOX 21119
HOUSTON, TX 77226

TRUCK RIGHT DATA MANAGEMENT, INC
80 HARRIETT ST
BELLEVILLE, ON K8P 1V7

TUBE SERVICE CO
1571 NORTH JOHNSON AVE
EL CAJON, CA 92020

ULINE
ATTN: ACCOUNTS RECEIVABLE
PO BOX 88741
CHICAGO, IL 60680-1741

UNIFIRST HOLDINGS, INC
PO BOX 650481
DALLAS, TX 75265-0481

UNISHIPPERS
PO BOX 733851
DALLAS, TX 75373

UNITED SITE SERVICES OF CALIFORNIA INC
PO BOX 660475
DALLAS, TX 75266-0475

UPS
PO BOX 650116
DALLAS, TX 75265-0116

US LUBE, INC
8119 JENSEN DRIVE
HOUSTON, TX 77093

UTILITY PAYMENT PROCESSING
PO BOX 96025
BATON ROUGE, LA 70896-9025

Vanguard Truck Center
PO Box 2208
Decatur, AL 35609

VERDE ENVIRONMENTAL, INC
9223 EASTEX FREEWAY
HOUSTON, TX 77093-7001

VERIZON WIRELESS - SD
PO BOX 660108
DALLAS, TX 75266-0108

VISION CHEMICAL SYSTEMS, INC
16401 EAST 33RD DRIVE
SUITE 30
AURORA, CO 80011

VISTA IRRIGATION DISTRICT
1391 ENGINEER STREET
VISTA, CA 92083

WASTE MANAGEMENT OF ARIZONA
PHOENIX HAULING
PO BOX 7400
PASADENA, CA 91109-7400

WASTE PRO OF LOUISIANA, INC
POB BOX 947268
ATLANTA, GA 30394-7268

Wawanesa Insurance
c/o Nivinskus Law Group
134 W. Wilshire Ave.
Fullerton, CA 92832

WEAVER'S LAWNCARE LLC
13626 WOOD CREEK DR
BATON ROUGE, LA 70818

WESTBROOK METALS, INC
PO BOX 15184
AUSTIN, TX 78761-5184

WHITE CAP
PO BOX 6040
CYPRESS, CA 90630-0040

WILD CAT WELDING
19316 WCR #76
EATON, CO 80615

WILLIAM SCOTSMAN, INC
PO BOX 91975
CHICAGO, IL 60693-1975

WINSLOW PHOENIX LLC
4039 E WINSLOW AVE
PHOENIX, AZ 85040


Winslow Phoenix, LLC
1800 Wickwood Court
Argyle, TX 76226


WORLDWIDE PIPE & SUPPLY, INC
611 GARNER RD
PASADENA, TX 77502


X & D SUPPLY, INC.
2940 GARNET PLACE
CARLSBAD, CA 92009


XEROX FINANCIAL SERVICES
PO BOX 202882
DALLAS, TX 75320-2882


Xerox Financial Services
PO Box 202882
Dallas, TX 75230